IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARCO THOMAS,

  Plaintiff,

v.                                         Case No. 3:18CV00030

JASON NORTON,

  Defendant.

## MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY BRIEF

Comes now Defendant Jason Norton ("Defendant") and moves this Court for an extension of time in which to file his Reply Brief in Support of Defendant's Rule 12(b)(6) Motion to Dismiss, and, in support, states as follows:

1. Defendant filed a Rule 12(b)(6) Motion to Dismiss and Brief in Support (collectively, "Motion to Dismiss") on February 16, 2018.

2. Plaintiff filed a Brief in Opposition to the Motion to Dismiss on March 5, 2018.

3. Pursuant to this Court's Local Rule 7(F), Defendant's Reply Brief is due on March 8, 2018.

4. A settlement conference was held on March 5, 2018 before the Honorable David J. Novak, Magistrate Judge. A second settlement conference is scheduled for March 9, 2018. The parties are working toward settlement.

5. Defendant requests that this Court grant him an extension until March 15, 2018, six days after the second settlement conference, in which to file his Reply Brief, in the event the case does not settle at the second Settlement Conference.

6. Plaintiff's counsel has no objection to this extension.

2

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting an extension to file his Reply Brief by March 15, 2016 for the reasons previously stated.

**JASON NORTON**

By Counsel

/s/ _____
David P. Corrigan (VSB No. 26341)
Leslie A. Winneberger (VSB No. 45040)
Attorney for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
lwinneberger@hccw.com

2

## **C E R T I F I C A T E**

I hereby certify that on the 6th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Seth R. Carroll, Esq.
>Commonwealth Law Group, PLLC
>1506 Staples Mill Road, Suite 202
>Richmond, VA 23230

>Connor Bleakley, Esq.
>Commonwealth Law Group, PLLC
>1506 Staples Mill Road, Suite 202
>Richmond, VA 23230

/s/
David P. Corrigan (VSB No. 26341)
Leslie A. Winneberger (VSB No. 45040)
Attorneys for Jason Norton
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
lwinneberger@hccw.com