IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARCO THOMAS,

    Plaintiff,

v.                                        Case No. 3:18CV00030

JASON NORTON,

    Defendant.

## ORDER

This matter is before the court on Jason Norton's motion requesting an extension of time to file his Reply Brief in Support of Defendant's Rule 12(b)(6) Motion to Dismiss. For the reasons stated therein, it is now **ORDERED** that the Defendant's Motion for Extension (Docket No. 13) is **GRANTED**, and Jason Norton shall file his reply on or before **March 15, 2018**.

ENTER: March / 8 / 2018

/s/
Henry E. Hudson
United States District Judge