# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| MARCO THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:18CV30-HEH |
| ) | |
| JASON NORTON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Plaintiff Marco Thomas and Defendant Jason Norton, by counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby agree and stipulate that this action is hereby DISMISSED with prejudice. Each party agrees to bears their own attorney's fees, costs and expenses.

UPON CONSIDERATION WHEREOF AND FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Thomas' action against Norton is dismissed WITH PREJUDICE and that each party is to bear their own fees, costs and expenses.

ENTER:   /   /


BY: _____
    United States District Judge

RESPECTFULLY SUBMITTED:

_____/s/_____
Seth Carroll (VSB No. 74745)
Connor Bleakley (VSB No. 92113)
Commonwealth Law Group, LLC
1506 Staples Mill Road
Suite 202
Richmond, VA 23230
Phone: (804) 387-6212
Facsimile: (866) 238-6415
scarroll@hurtinva.com
cbleakley@hurtinva.com


_____/s/_____
David P. Corrigan (VSB No. 26341)
Leslie A. Winneberger (VSB No. 45040)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
(804) 747-5200
(804) 747-6085 (fax)
dcorrigan@hccw.com
lwinneberger@hccw.com