IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| MARCO THAMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:18CV30–HEH |
| | ) |
| JASON NORTON, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal filed by the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1) (ECF No. 18). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____
Henry E. Hudson
United States District Judge

Date: March 26, 2018
Richmond, VA